UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

■   2AP   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ramon Jesse Avila     JOINT DEBTOR: _____    CASE NO: __16-21095-AJC__
Last Four of SS# _9353_          Last Four of SS# __6__

**MONTHLY PLAN PAYMENT:** : Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A.   $ 55.00   for months 1 to 3;
B.   $ 100.00   for months 4 to 60 ; in order to pay the following creditors:

Administrative:       Attorney's Fee - $ 2,100.00   TOTAL PAID $ 2,100.00

Balance Due   $ 0.00   payable $0.00/month (Months __ to __)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a) (5) Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description, Value, and Payoff of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.   *Milwaukee*         Total due $ 865.00   Payable $ 48.00 /month (Months 1 To 3 ):
                                              Payable $ 7.59 /month (Months 4 To 60 ):

Unsecured Creditors:   Pay $ 1.44 /month (Months 1 to 3 ):
                       Pay $ 82.60 /month (Months 4 to 60 ):

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Ramon Jesse Avila              _____
Debtor                             Joint Debtor

Date: 11-6-2016                    Date __

LF-31 (rev. 12/01/02)