UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 16-21095-BKC-AJC

IN RE:
RAMON JESSE AVILA,
        DEBTOR(S).
_____/

**TRUSTEE'S NOTICE OF NON-COMPLIANCE**

    Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

    1.  At the Confirmation Hearing held on November 15, 2016 the Debtor(s) agreed that the debtor(s) would become current with $110.00 by five o'clock in the afternoon.

    2.  As of November 29, 2016, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on September 20, 2016.

    3.  Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

    I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on November 29, 2016.

                                /s _____
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027
                              (954) 443-4402

COPIES FURNISHED TO:

Ramon Jesse Avila
900 SW 8th St apt. 1409
Miami, FL 33130

Megan M. Lyons, Esq (ECF)